AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2013 AUG 26  P 3: 14

BY _____ DEPUTY CLERK

for the

District of Maine

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Google, 1600 Amphitheatre Parkway, Mountain View,<br>California  94043, further described in Attachment A(1) | )<br>)<br>)<br>)<br>)<br>)    Case No.  1:13-mj-00115-MJK |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Google, 1600 Amphitheatre Parkway, Mountain View, California  94043, further described in Attachment A(1)

located in the _____ Northern _____ District of _____ California _____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B(1).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Secs. 2251(a); 2252<br>and 2252A | Production of Child Pornography; Possession of Child Pornography; Distribution<br>and Receipt of Child Pornography |

The application is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Anthony Castellanos, Special Agent, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Aug. 26, 2013

_____
*Judge's signature*

City and state:  Bangor, Maine

Margaret J. Kravchuk, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN
## APPLICATION FOR A WARRANT TO SEARCH AND SEIZE

### Filed Under Seal Pursuant to Local Rule 157.6(a)

I, Anthony Castellanos, being duly sworn, hereby state:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the U.S. Immigration & Customs Enforcement (ICE),
Homeland Security Investigations (HSI). I have been employed as a Special Agent with HSI
since 2007 and I am currently assigned to the Bangor, Maine office.  I have participated in
numerous criminal investigations, including dozens of child exploitation investigations.  These
child exploitation investigations typically involved internet-related/computer-based child
pornography production, trading and/or possession.  In my career as a Special Agent, I have
utilized various investigative tools and techniques including search warrants.

2.      As a federal agent, I am authorized to investigate violations of laws of the United
States and to execute warrants issued under the authority of the United States.

3.      This affidavit is intended to show only that there is sufficient probable cause for
the requested warrant and does not set forth all of my knowledge about this matter. The facts set
forth in this affidavit are based on my personal knowledge, information obtained during my
participation in this investigation, information from others, including law enforcement officers,
my review of documents and computer records related to this investigation, and information
gained through my training and experience.

### PREMISES TO BE SEARCHED

4.      I make this affidavit in support of an application for the following search
warrants:

Gmail:          sunsrequiem@gmail.com;

                isaac.dostie@gmail.com;

                manluvsboys@gmail.com;

                jasonblodger@gmail.com;

                clarkumarkus@gmail.com;

                Lilboysluvme2@gmail.com.

Hotmail:        Big.Hamster@hotmail.com.

For the period August 1, 2012, through August 26, 2013, all as described more fully in
Attachments A(1) and A(2).

## ITEMS TO BE SEIZED

5.      I have probable cause to believe that in the e-mail accounts described in
Paragraph 4, above, is evidence of violations of: 18 U.S.C. § 2251(a), production of child
pornography; 18 U.S.C. §§ 2252A(a)(5)(B) and 2252(a)(4)(B), possession of child pornography;
and 18 U.S.C. §§ 2252A(a)(2) and 2252(a)(2), distribution and receipt of child pornography.
The list of items to be seized is set forth in Attachments B(1) and B(2).

## BACKGROUND OF INVESTIGATION

6.      Since on or about June of 2012, the HSI, Cyber Crimes Center (C3), Child
Exploitation Investigations Unit (CEIU), Victim Identification Program (VIP), as well as various
international law enforcement agencies, have been investigating an online website that has been

used by persons interested in exchanging images depicting child pornography to meet and become trading partners.  This website is referred to as "Website A."[1]

7.      Below is a description of how Website A operated since on or about June of 2012. Website A is a photo (still image) sharing website, hosted outside of the United States. Membership to Website A is free and includes unlimited storage and free photo sharing of digital images (not videos).  Website A is organized by different forums according to topic, examples include topics such as "architecture," "travel," "family," and "autos." Each Website A Forum contains albums posted and named by the registered Website A user that created the album.

8.      To register an account, and thus become a "member" of Website A, a user must create a username and provide a valid email address in order to receive a password provided by Website A.  Upon receiving this password, the user is prompted to create a new password which will be used to login to Website A.  Once this is done, the user, as a member, may create albums and post images within these albums.  A user's albums are listed under his username.  A member can create one or more photo albums and has the choice to make an album available to all individuals on the Web (a "public album") or make it a password protected album that is only accessible to individuals who know or have the password.  When a member creates an album they may choose to have their contact email address displayed under their username (which appears at the top of the album) to others visiting their albums or instead ask others to "contact via comments."  Even in instances where a member does not post their email address so other members can see it, it is not uncommon for the member to post the address in the comment section as a means of contact or when responding to a specific request from another member. An album consists of all of the pictures associated with that album along with any posted

_____

[1] The URL and the name of the website are not mentioned in this affidavit in order to preserve the integrity of an ongoing investigation.

comments.  When a member creates an album the following comment options are available via a scroll down menu: only Website A members who have created albums on Website A to add a comment, only Website A members to comment (regardless of whether these members have created their own albums on Website A), anyone accessing Website A (whether or not they are a Website A member) to anonymously comment on the album, or to disable the comment feature. Anytime an individual posts a comment to an album, the owner of that album is automatically notified by Website A via the email address provided by the member.  The email message states that a comment was made, and includes the file name of the image commented on, the comment itself, the Website A username of the person making the comment (if the person posting the comment is a Website A member) and a hyperlinked URL to the image with the corresponding comment.  While the member who is the owner of an album cannot directly opt out of receiving these email notifications, if he were to go back into his membership profile and delete the email address he provided to Website A as the contact information, the member will not receive these automated email notifications.

9.      Any individual on the Internet can view and post comments to non-password protected albums ("public albums") on Website A and download the images in those albums. Only members can create albums and upload pictures to albums.  When a Website A member posts a comment to an album that member's username, country flag corresponding to the originating IP address, and the date and time of the comment are displayed next to the comment. When a comment is posted by a non-member of Website A, portions of the originating IP address and a country flag corresponding to that IP address are displayed next to that comment.

Regardless of whether the individual posting a comment is a member or non-member, Website A logs the full originating IP address of the individual posting the comment.[2]

10.     Website A has become a popular means for individuals to trade child pornography images, in particular through the "nudity" and "kids" forums.  Examples of the names of albums within these two forums are "13 yo boy pics," "street boys," "Cute little brunette," "Baby and Toddler Boys," and "Maria chute chubby 16 yo (nude) (password protected)."  Some of Website A's albums are known to contain child pornography.  In these cases, the child pornography is most likely to be in a password protected album, rather than in a public album.  While most of the images law enforcement has seen posted in public albums may not constitute child pornography, often evidence from the images and comments posted about the album (either by other individuals or the member who created the album) indicate that the particular poster or person who created the album has a sexual interest in children and that these individuals' interest in Website A lies in the ability to meet other individuals for the private trading of child pornography (For an example see Paragraph 8 Subsection B).  A common scenario is for such a user to post child erotica or preview pictures of children, accompanied by a sexually suggestive title or comment, in a public album as a way to entice or attract other individuals with a sexual interest in children.  The poster's purpose is often to solicit comments on the pictures posted from like-minded individuals.  Once these individuals meet on Website A, they then agree to trade Website A passwords, or trade their private child pornography collections elsewhere, often by email, rather than risking trading child pornography on Website A itself.  Individuals on the Internet, including Website A users, may regularly monitor public albums on Website A and post provocative comments or images in specific albums related to children with the hope of

_____

[2] It is not uncommon for Electronic Service Providers, like Website A to maintain IP logs for a period of time before purging the system to maintain more recent IP logs.

obtaining the password to other password protected albums or information on individuals that are willing to trade child pornography.

11.     On or about June 2012, HSI obtained a certain portion of Website A data, including information related to Website A usernames, album names, album passwords, user comments, and associated email addresses and IP logs.  This information was provided by a foreign law enforcement agency which had received this data voluntarily from Website A in connection with a foreign law enforcement agency's investigation concerning certain users of Website A.   HSI has subsequently received additional Website A data from the foreign law enforcement agency which includes information as recent as March 2013.[3]

12.     To date, approximately fifteen search warrants and/or consensual searches have been executed in the United States as a result of the data that was obtained from the foreign law enforcement agency.  Fourteen of the fifteen searches have resulted in the seizure of child pornography, and nine of the fifteen targets have been identified as having committed sexual abuse contact offenses against at least one child.

## SPECIFIC PROBABLE CAUSE

A.     **Background**

13.     On July 25, 2013, I received information from HSI C3 indicating an individual in the HSI Bangor area of responsibility created the accounts BOYLVR00, BOYLVR88,

---

[3] *See United States v. Cartier*, 543 F.3d 442 (8th Cir.2008) (search warrant properly included information from SGCCU, the computer crimes division of the Spanish Civil Guard, given "the FBI agency determination that the SGCCU was a professional and reliable police agency which had previously provided reliable information to law enforcement agencies in other countries on numerous occasions").  The foreign law enforcement agency in this case has previously provided reliable information to the FBI and evidence obtained by foreign police officers from searches carried out in their own countries is generally admissible in United States courts, regardless of whether the search complied with Fourth Amendment protections.  *See The Degree of Fourth Amendment Protections Afforded to Foreign Searches*, CEOS Quarterly Newsletter (June 2013)

BOYLVR95, and SUNSREQUIEM on Website A. Site administrators locked/deleted the account BOYLVR00 for "child porn" images already uploaded to the website. Site administrators provided law enforcement in their country with the account logs and content that was uploaded by the user. The foreign law enforcement agency has legal process in place with the site administrators and subsequently provided this information to C3.

14.     Analysis revealed the following login sequence for BOYLVR00, BOYLVR88, BOYLVR95, and SUNSREQUIEM from March 21, 2013, at 2113 hours (EST) thru March 27, 2013, at 1629 hours (EST) [last login data received by C3]:

a.

| Username | Session Date (EST) | IP Address |
|---|---|---|
| Sunsrequiem | 3/21/2013 21:13 | 24.39.46.70 |
| Sunsrequiem | 3/21/2013 21:18 | 24.39.46.70 |
| boylvr88 | 3/21/2013 21:21 | 24.39.46.70 |
| boylvr88 | 3/21/2013 21:22 | 24.39.46.70 |
| boylvr88 | 3/21/2013 22:04 | 24.39.46.70 |
| boylvr88 | 3/21/2013 22:05 | 24.39.46.70 |
| boylvr88 | 3/21/2013 22:56 | 24.39.46.70 |
| boylvr88 | 3/21/2013 22:57 | 24.39.46.70 |
| boylvr88 | 3/24/2013 18:18 | 24.39.46.70 |
| boylvr95 | 3/25/2013 17:18 | 24.39.46.70 |
| boylvr00 | 3/25/2013 17:20 | 24.39.46.70 |
| boylvr88 | 3/25/2013 17:22 | 24.39.46.70 |
| boylvr00 | 3/25/2013 17:23 | 24.39.46.70 |
| boylvr00 | 3/25/2013 17:31 | 24.39.46.70 |
| boylvr00 | 3/25/2013 19:14 | 24.39.46.70 |
| boylvr88 | 3/26/2013 21:26 | 24.39.46.70 |
| boylvr88 | 3/26/2013 21:30 | 24.39.46.70 |
| boylvr88 | 3/27/2013 16:29 | 24.39.46.70 |

**B.    BOYLVR00**

15.     Data provided to C3 revealed that BOYLVR00 registered on Website A on March 26, 2013, and linked the BOYLVR00 account to the email address isaac.dostie@gmail.com.

7

BOYLVR00 entered "about" information for other users to view on his Website A profile page. The about information read, "I have a lot more that I'm willing to share. Send a few pic or vid samples and I'll return the favor....I prefer cut boys :)". BOYLVR00 also uploaded 12 images to his profile which is when the Website A administrators locked/deleted the account for "child porn."

      16.     I have reviewed the twelve images that were provided by the foreign law enforcement agency to C3. I have determined that nine of images appear to be prepubescent male children engaged in lascivious displays of their genitals. Below are descriptions of five of these nine images:

      a.     The first image is of a prepubescent male standing up and facing the camera. Using his right hand, the boy has his shirt pulled up exposing his right nipple. The boy's underwear is pulled down around his knees prominently exposing his penis and testicles.

      b.     The second image is of a prepubescent male laying supine on a sofa with his knees drawn together and his legs spread apart. The boy's underwear is pulled down around his ankles thus lasciviously displaying his penis, testicles and anus. The boy has one arm draped over his head and the other hanging at his side. The boy is wearing a red tank-top shirt and appears to be asleep. The focus of the photograph is of the boy's genitals.

      c.     The third image is of a prepubescent boy lying supine with his legs spread open. The image only displays the genitalia, abdomen and lower extremities areas (above the knees and below the bellybutton). The boy is completely nude and lasciviously exhibiting his penis, testicles and anus.

  d. The fourth image is of a prepubescent male standing on a sofa while leaning on the backrest of the sofa.  The boy is leaning forward with his chin resting in his left hand and his head turned towards the camera. The left hand is flexed so that the boy's elbow is resting on the sofa's backrest. The boy has his legs spread and his right leg flexed. The boy is completely naked except for a pair of white knee-length socks. The boy's penis and testicles are fully exposed and are at the center of the photo. Also depicted on the image is a blue and white electric guitar that located on the bottom right side of the photograph.

  e. This fifth image appears to be the same prepubescent boy that is shown in the fourth image.  The sofa, background, and the blue and white electric guitar are identical.  The boy is completely naked, expect for the same pair of knee-high white socks.  The boy is sitting on the backrest of a  sofa with his legs spread, looking towards the camera, and holding the electric guitar with left hand.  His penis and testicles are lasciviously exposed and are the focus of the photograph.

  17. The remaining three images depict what appear to be prepubescent male children who are in the process of urinating.  In one of these images, the child is outside urinating into a body of water and exposing the child's buttocks.  The second image is of a child sitting in a potty seat urinating and holding his penis. The third image is of two fully clothed male children standing up and urinating outside. The children have their backs to the camera.

  18. IP logs for BOYLVR00 revealed the user first logged into Website A on March 25, 2013, at 1720 hours, Eastern Standard Time (EST) with IP address 24.39.46.70 (PRIMARY IP). Before site administrators locked BOYLVR00's account, there were a total of three other BOYLVR00 logins between 1720 and 1914 hours (EST) on March 25, 2013; all three logins

were with the PRIMARY IP address. However, because of a time differential, BOYLVR00

logins appeared to have occurred on March 26, 2013 (local Website A time).

19.     The isaac.dostie@gmail.com email account was created on March 25, 2013, using

the PRIMARY IP address.  The user logged in 169 times from March 25, 2013, to June 19, 2013.

116 of the logins were with the PRIMARY IP address, seven logins were with IP address

169.244.91.161 and two logins were with IP address 169.244.96.186.  The majority of the

remaining logins were with IP addresses that appeared to be assigned to a mobile device.

**C.     SUNSREQUIEM**

20.     SUNSREQUIEM registered to Website A on February 9, 2007 (local Website A

time), and linked the account to the email address sunsrequiem@gmail.com.  SUNSREQUIEM

listed a birth date of June 6, 1986.  IP log analysis revealed user SUNSREQUIEM had been

logging into Website A with the PRIMARY IP address from February 17, 2013, at 1134 hours

(EST) thru March 21, 2013, at 2118 hours (EST).  Limited IP logs show SUNSREQUIEM

logging into Website A actively from May 10, 2011 through March 2013. The majority of the

user IP logs indicate that SUNSREQUIEM was accessing Website A via Internet Service

Provider (ISP) Time Warner Cable. On March 8, 2013, at 1804 hours (EST), SUNSREQUIEM

posted, "Yes, I would like to know too please :)" referring to the password to an album that was

posted by the user "bradboy15." On March 21, 2013, at 2118 hours (EST), SUNSREQUIEM

uploaded an album titled, "12 pictures" but no further data regarding the album was recovered.

21.     The sunsrequiem@gmail.com email account was created on December 7, 2004,

and the user of the email account provided the name Ian Arsenault.  The user logged in 36 times

from February 20, 2013, to July 22, 2013.  Thirty-four of the logins were with the PRIMARY IP

address.  The other two logins were with IP address 169.244.91.161.

D.    **BOYLVR88**

22.    BOYLVR88 registered to Website A on March 22, 2013 (local Website A time),

and linked the account to the email addresses bshamut@gmail.com and isaac.dostie@gmail.com.

BOYLVR88 listed his real name as "Brayden" with a date of birth of February 21, 1995.

BOYLVR88 entered "about" information for other users to view on his profile page and it read,

"Email me a sample of your little boy pics/vids or your pass and I'll send you pictures I couldn't

put on [Website A] :-D".  Data logs indicate that on March 21, 2013, at 2205 hours (EST)

BOYLVR88 uploaded 19 images to an album labeled, "Boy Preview ;)".  Law enforcement was

not able to obtain these images.  The description for the album read, "I can't put what I've got to

offer on [Website A]...drop me a line and a sample of boys you like...i'm sure I have something

for you!". On March 21, 2013, at 2256 hours (EST), BOYLVR88 commented, "Would love to

trade...he's such a handsome boy. Do you happen to have any nudes of him?" to an album that is

currently password protected. On March 21, 2013, at 2257 hours (EST), BOYLVR88

commented, "Good evening, I would love to have your passes to your locked albums :)" to an

album of another user. Finally, on March 26, 2013, at 2130 hours, BOYLVR88 commented to

another password protected album, "Do you have any nude pictures of this stunning young

man?".

23.    The bshamut@gmail.com account was created on March 22, 2013, using the

PRIMARY IP address.  The user logged in a total of four times from March 22, 2013 to March

24, 2013.  Three of those logins were with the PRIMARY IP address.

24.    As discussed above, the isaac.dostie@gmail.com email account was created on

March 25, 2013, using the PRIMARY IP address.  The user logged in 169 times from March 25,

2013, to June 19, 2013.  116 of the logins were with the PRIMARY IP address, seven logins

were with IP address 169.244.91.161 and two logins were with IP address 169.244.96.186.  The

majority of the remaining logins were with IP addresses that appeared to be assigned to a mobile

device.

**E.      BOYLVR95**

25.      BOYLVR95 registered to Website A on March 26, 2013 (local Website A time),

and linked the account to the email address isaac.williams@gmail.com.[4]  The user provided no

name or date of birth.  There was only one login documented by BOYLVR95 and it was with the

PRIMARY IP address.

**F.      Tracking of IP Addresses 169.244.91.161 and 169.244.96.186**

26.      A Domain Name System (DNS) check on IP addresses 169.244.91.61 and

169.244.96.186 was conducted through an internet search of the American Registry for Internet

Numbers (ARIN).  This check revealed that both IP addresses were registered to the University

of Maine.

27.      On August 8, 2013, I contacted University of Maine Detective Sergeant Chris

Gardner requesting assistance in identifying the subscriber to IP addresses 169.244.91.161 and

169.244.96.186.  Sgt. Gardner informed me that the University of Maine provided internet

services to local schools and libraries throughout the State of Maine.  Furthermore, IP

---

[4] The isaac.williams@gmail.com email account was created on April 8, 2008, using IP address 75.187.33.199.  The
user of this email address provided a name of Isaac Williams and a secondary email address of
Williams.2958@buckeyemail.osu.edu.  The user also provided a SMS number of (614) 738-3793.  The user had
voluminous logins from February 2, 2013, to July 30, 2013, with the following four IP addresses:  76.181.252.155,
70.60.18.226, 12.196.217.122, 75.187.33.199.   A DNS check on the above mentioned IP addresses revealed that
three of the IP addresses were registered to Time Warner Cable and possibly were assigned to a specific region in
Ohio.  IP address 12.196.217.122 was registered to a Barnes & Noble in Clinton, Ohio.  Area code 614 covers
Columbus, Ohio.  Based on my training and experience, it appears that this e-mail address is not associated with this
investigation.  It appears that the individual who registered the name BOYLVR95 on Website A inadvertently
entered an already-existing email address.  Other than the initial registration of BOYLVR95, there has been no
further activity on this account.

169.244.91.161 was assigned to Wayne Elementary School located in Wayne, Maine, and IP

169.244.96.186 was assigned to Cary Memorial Library located in Wayne, Maine.

28.     A Google search of Ian Arsenault and Wayne Elementary School revealed that

Patrik Ian ARSENAULT was recommended for a second probationary contract for the 2012-

2013 school year during a May 2012 Regional School Unit (RSU) No. 38 meeting.

ARSENAULT was assigned to Wayne Elementary School as a teacher to the Wayne Regional

Autism Program (WRAP).  Another Google search revealed that during a RSU No. 38 meeting

in May 2013, Patrik "Ian" ARSENAULT was presented for a first year teacher contract during

the 2013-2014 school year under the WRAP program.  Additionally, the same Google search

revealed that during the June 5, 2013, RSU No. 38 meeting, "P. Ian" ARSENAULT's

resignation was accepted.

**G.     Tracking of PRIMARY IP Address**

29.     A Domain Name System (DNS) check on the PRIMARY IP address was

conducted through the American registry for Internet Numbers (ARIN).  This check revealed that

the PRIMARY IP address was registered to Time Warner Cable.

30.     A Customs Summon was issued to Time Warner Cable for subscriber information

regarding the PRIMARY IP address from February 17, 2013 (start of SUNSREQUIEM's logins

w/ PRIMARY IP address) thru March 27, 2013 (last login activity received from C3).

Information received by Time Warner Cable on August 6, 2013 revealed that the PRIMARY IP

address was assigned to Hussey Communications.

31.     On August 9, 2013, at approximately 1345 hours, I interviewed Peter Hussey, President of Hussey Communications, Inc. (HCI) at his place of business (58 Patterson Ave. Winslow, ME 04901).  The following information was learned from Hussey.

32.     HCI provides wireless internet service to a greater part of central Maine.  HCI caters to households that are located in areas that major ISPs do not service and costs half that of satellite internet.

33.     HCI leases two blocks of IP addresses from Time Warner Cable (TWC), the first block being from 24.39.46.0 to 24.39.47.255; and the second block being 208.105.169.0-255.

34.     HCI installs an antenna on the customer's house in order to establish a connection with one of many access points that are throughout central Maine which connect to the HCI server.  The antennas are not mobile as they are bolted to the customer's house.  Once a customer connects to the HCI server the customer has access to the Internet.

35.     I asked Hussey if HCI had a customer by the name of Patrik or Ian ARSENAULT and Hussey said no and added that HCI had no customers with the last name ARSENAULT.

36.     I provided Hussey with the PRIMARY IP address and asked if the PRIMARY IP address was currently assigned to a HCI customer.  Hussey was able to determine that a media access control address (MAC address)[5] 3C0754219E9F was assigned the PRIMARY IP.  Furthermore, Hussey determined that the MAC address belonged to Garret Lambert of 224 Sandy River Road, Norridgewock, Maine ("the Residence").

---

[5] A MAC address is a hardware identification number that uniquely identifies each device on a network.  A MAC address can be assigned to a router which can then provide internet access to multiple other devices in a household.

14

37.     Hussey explained that HCI only maintains IP logs for a week before the server overwrites the files. Hence, HCI was only able to determine that Lambert had been assigned the PRIMARY IP since at least August 3, 2013.  He further noted, however, that if a HCI customer disconnects from the HCI server but reconnects within 24 hours, the customer will maintain the same IP address.  It is only after a customer disconnects over 24 hours from HCI that a new IP address is assigned to that customer.  Thus, if Lambert had not disconnected from the HCI server for over 24 hours, he could have had the PRIMARY IP address assigned to him for several months.

38.     Lambert had been a HCI customer since January 18, 2013, and provided a different MAC address when he first registered with HCI.  Hussey explained it was not uncommon to see different MAC addresses since people purchase different routers or connect different devices to the installed HCI antenna.

39.     On August 11, 2013, I received an email from Hussey explaining he had found Lambert's Facebook page and took a screenshot of a photo in which Lambert and another male individual are sitting on a couch.  Lambert's caption of the photograph read, "My babe and I - with Ian Arsenault."

40.     On August 12, 2013, I found the same photograph identifying Ian ARSENAULT on Lambert's Facebook page.  Clicking on the hyperlink "Ian Arsenault" took me to the Facebook page of "Ian ARSENAULT (Patrik Arsenault)."

## H.     ARSENAULT's Facebook

41.     ARSENAULT's Facebook "timeline page" stated that he was a Special Education Teacher at Mallett Elementary School, a Behavioral Heath Professional (sic) at Woodfords

Family Services, and was previously employed at Wayne Elementary School. Additional information from the timeline page stated that ARSENAULT studied Psychology - Applied Behavioral Analysis at the University of Maine at Farmington, Maine.

42.     ARSENAULT's Facebook "about page" stated he was a Special Education Teacher at Mallet Elementary School from August 2013 to the present and a Behavioral Heath Professional (sic) from 2009 to the present.

43.     On August 12, 2013, HSI Criminal Research Specialist Lance Farrar served Facebook with a Customs Summons requesting subscriber and IP login data for Facebook account "arsenaultp". Facebook account "arsenaultp" was identified as belonging to "Ian ARESENAULT (Patrik Arsenault)". On August 20, 2013, I received records from Facebook indicating that account "arsenaultp" was created on October 13, 2005 and the user provided the name Ian ARSENAULT and a phone number of 12073802594. Furthermore, the user logged into Facebook 39 times between April 18, 2013, and August 7, 2013, and 24 times were with PRIMARY IP (including those two time stamps).

44.     On August 16, 2013, HSI Special Agent (SA) William Hoyt was conducting surveillance in the area of 224 Sandy River Road in Norridgewock, ME. At approximately 0545 hours, he observed an older model (early 2000s) black Toyota Camry parked in the driveway of the Residence. The vehicle matched the description of the 2000 Toyota Camry registered to ARSENAULT's parents. However, SA Hoyt could not see the license plate due to the vehicle positioning. When SA Hoyt passed by the residence again at approximately 0630 hours, the vehicle was no longer in the driveway.

45.     On August 16, 2013, HSI Task Force Officer (TFO) Mathew Casavant contacted

the Mallett Elementary School Resource Officer and was able to obtain school records regarding

ARSENAULT. The information indicated that Patrik Ian ARSENAULT's preferred name was

Ian. ARSENAULT is employed as a Special Education Teacher and ARSENAULT's start date

was August 26, 2013. According to the school records, ARSENAULT's address is the

Residence.

46.     On August 16, 2013, I received confirmation from HCI that the PRIMARY IP

was still assigned and connected to the client/device with MAC address 3C0754219E9F and the

device was connected to the equipment at the Residence.

## I.     Execution of Search Warrant

47.     Based on this information, a federal search warrant was obtained on August 21,

2013 and executed that same day at the Residence.  Patrik Ian ARSENAULT and Garrett

Lambert were both present at the Residence when the warrant was executed.  Maine State Police

Detective Chris Tupper and I went outside with ARSENAULT while the warrant was being

executed.  We explained to him several times that he was not under arrest and was free to go.

The conversation with ARSENAULT was recorded.

48.     We explained to ARSENAULT that internet traffic suggested that child

pornography related activity was taking place at the Premises.  We asked ARSENAULT whether

we should be talking to him about the child pornography activity or Mr. Lambert.  He informed

us that we should be talking to him.

49.     ARSENAULT told us that for approximately a year he had been trading child pornography via email.  ARSENAULT stated that he understood child pornography to mean images of an individual under 18 years of age engaged in sexual acts and/or sexual positions.

50.     He initially claimed that he had never molested a child and was willing to take a polygraph test.  He later stated, however, that he had molested children.  Specifically, he stated that he had molested two children who were approximately 6 ("Minor A") and 7 ("Minor B") years old at the time.  He stated that he had video recorded and photographed some of these encounters in June or July of 2013.  He stated that we would find images and videos of his sexual activity with Minors A and B on an external hard drive located within the Premises.

51.     During the execution of the search warrant at the Premises, law enforcement located a Seagate External Hard Drive, Model No. SRDOSPO, Serial No. NA533MDE, manufactured in China ("the Seagate hard drive").  This external hard drive contained two videos of an adult male having anal intercourse with a prepubescent male child.  ARSENAULT stated to investigators that the adult male in the videos was him and the prepubescent male child was Minor B.  A copy of these videos are attached under seal as Exhibit 1.  Further, ARSENAULT can be independently identified in one of the videos by a distinct tattoo located on the inside of his left wrist.  In addition, the external hard drive contains an image of an adult male holding the penis a prepubescent male child.  ARSENAULT identified himself as the adult male in the image and Minor A as the prepubescent male child.  A copy this image is attached under seal as Exhibit 2.

52.     ARSENAULT explained to us that he first would browse images located on Website A and subsequently exchange emails with other users of Website A. After exchanging

18

emails, he and the other users would trade child pornography directly via email. ARSENAULT stated some individuals would not send any child pornography material unless he first sent them some material. Hence, ARSENAULT would forward old emails that he had received from other users to individuals who would request that ARSENAULT first send material before he received any in return.

53.     ARSENAULT identified sunsrequiem@gmail.com; isaac.dostie@gmail.com; manluvsboys@gmail.com; and jasonblodger@gmail.com as emails accounts that he used to trade child pornography.  ARSENAULT stated he would regularly login to his email accounts and delete/clean his inbox of child pornography because he was scared. ARSENAULT explained he closed his isaac.dostie@gmail.com account a month or two ago and had also previously closed his manluvsboys@gmail.com account too.

54.     ARSENAULT further explained that he had sent via email images and videos of his molestation of Minors A and B to four of his current "primary" trading partners.  In return, ARSENAULT was receiving child pornography from his four primary trading partners who claimed to have manufactured the child pornography that ARSENAULT was receiving.

55.     ARSENAULT did not recall the exact email addresses of his four primary trading partners but stated that their emails contained the following:

a.      'me####' @ unknown domain – (as in, after 'me' there are a few numbers)

b.      'hamster'@ unknown domain – (the email contained the word 'hamster' and something else)

19

c.     'clark' @ unknown domain – (the email contained the word 'clark' and something else)

d.     Erick @ unknown domain – (the email contained the word 'Erick' and something else).  ARESENAULT did not confirm how "Erick" was spelled.

**J.     Forensic Analysis of ARSENAULT's iPHONE**

56.     During the execution of the search warrant, agents seized an iPhone 5 that belonged to ARESNAULT.  On August 23, 2013, HSI Task Force Officer (TFO) and Computer Forensic Agent (CFA) Brent Beaulieu forensically imaged ARSENAULT's iPhone and provided a forensic report to me.

57.     On August 24, 2013, I reviewed the forensic report and learning the following:

- The name of the iPhone read "Patrik Arsenault's iPhone."

- There were approximately 261 Gmail email messages recovered from the device.

- It appeared that ARSENAULT was using the Gmail account jasonblodger@gmail.com ("JASONBLODGER").

- ARSENAULT was sending emails to and receiving emails from the following email accounts:

  o   clarkumarkus@gmail.com with a name of "poop butt"

  o   Big.hamster@hotmail.com with a name of "t p"

    o   Lilboysluvme2@gmail.com with a name of "Eric Martin"

    o   Me9175@hushmail.com with no name displayed

**K.    E-Mail Chats with CLARKUMARKUS@GMAIL.COM ("CLARKUMARKUS") Recovered from ARSENAULT's iPhone**

58.    On August 7, 2013, CLARKUMARKUS sent JASONBLODGER an email entitled "A video" and stated, "How have you been?"  During the email conversation, JASONBLODGER discusses with CLARKUMARKUS his sexual abuse of children.  An example of the conversation reads as follows:

**CLARKUMARKUS:**    Did you fuck them both?

**JASONBLODGER:**    Well not really the youngest [Minor A], but I did the oldest [Minor B]! A lot!

**CLARKUMARKUS:**    Define a lot!!! ;-)

**JASONBLODGER:**    Hahaha well I tried a few diff positions and spent quite a bit of time in there, although it would have been better if he was more sedated.

**CLARKUMARKUS:**    Was he awake?

**JASONBLODGER:**    The younger was, but the older was asleep.

**CLARKUMARKUS:**    Tell me about it! ;-)

**CLARKUMARKUS:**    Still there?

JASONBLODGER:          Yeah, just been kinda busy, and I haven't been receiving anything

via email, so I haven't been super motivated to check it haha Here's

a little synopsis: The boys were both asleep, but not as deeply as I

would have liked. I didn't have a whole lot of freedom to move the

kiddos around to try to get different positions, and if I moved to

fast, the older boy, [Minor B], semi woke up. I was able to

get fairly deep in him though...I wish i could have cum in there but

I don't want to leave behind evidence, although I'm sure I left some

precum in there. I did put my dick kind of in their mouths, by

moving their lips while they slept, but it's wasn't fully in there.

CLARKUMARKUS:         Got anything new?

59.     On July 28, 2013, JASONBLODGER sent an email to CLARKUMARKUS titled "Morning Bath." The body of the email contained a previous conversation that initiated on or about July 25, 2013 and continued until July 28, 2013. In the email string, JASONBLODGER again discusses his sexual abuse of children and also his intent to provide a recording of this abuse to CLARKUMARKUS. An example of the conversation is as follows:

JASONBLODGER:          I'm getting [Minors A and B] tonight :) I forgot the dimetapp, and

the store I stopped at only had this funky all natural thing...one

kiddo is asleep but the other isn't...and it's getting annoying. I'm

not sure yet :) You'll just have to wait and see!

CLARKUMARKUS:         Keep me updated! ;-) ; Are they naked yet?

22

| JASONBLODGER: | yeah, but i don't know if those meds were strong enough... |
| | i'mgoing to have to give it more time...ugh. |

| CLARKUMARKUS: | they asleep yet? |

| JASONBLODGER: | yeah, not nearly as deeply as id like. i took some pics and more |
| | vids. I'll send em shortly :) the old one woke up and went to the |
| | bathroom...i'll see if he falls deeper asleep again :( the younger i |
| | can't do anything with...he just rolls around. |

**L.     E-mail Chats with BIG.HAMSTER@GMAIL.COM ("BIGHAMSTER") Recovered from ARSENAULT's iPhone.**

60.    On July 30, 2013, BIGHAMSTER sent JASONBLODGER an email that was a response to a conversation between the two that initiated several days before.  In the email string, JASONBLODGER discusses his sexual abuse of children and his intent to provide images and videos to BIGHAMSTER.  An example of the conversation is as follows:

| JASONBLODGER: | I wish my albums would stop getting inspected...that's annoying. |

…

| JASONBLODGER: | I'm getting [Minors A and B] tomorrow :) |

| BIGHAMSTER: | Yay!!!!! :D |

…

| JASONBLODGER: | Did you get the batch of files I sent the other day? |

| BIGHAMSTER: | Awesome!!! I got everything :D |

| | |
|---|---|
| **JASONBLODGER:** | What did you think? |
| **BIGHAMSTER:** | Awesome pics!!!!! :D Love them! |
| **JASONBLODGER:** | What did you think if the vids? |
| **BIGHAMSTER:** | They were awesome too!!!! :D |
| **JASONBLODGER:** | You should really come join us next time :) |
| **BIGHAMSTER:** | I know!!!!  I want too!! |

....

| | |
|---|---|
| **JASONBLODGER:** | I'm getting really turned on thinking about you joining me to play with [Minors A and B]...imagining what we'd do. |
| **BIGHAMSTER:** | LOL me too!!! |
| **JASONBLODGER:** | I think it would be hot if you fucked me while I fucked [Minor B], then you could fuck him while I sucked him off! |
| **BIGHAMSTER:** | Mmmmm.  Fuck yeah!!! :D |

**M.   E-mail Chats with LILBOYSLUVME2@GMAIL.COM ("ERICMARTIN") Recovered from ARSENAULT's iPhone**

61.    JASONBLODGER and ERICMARTIN had a series of emails conversations on or about between July 26-27, 2013.  In these emails, JASONBLODGER discusses his sexual abuse of Minors A and B.  Similarly, ERICMARTIN discusses his sexual abuse of a different minor. JASONBLODGER also discusses sharing images and videos of the abuse with ERICMARTIN. A portion of the conversation reads as follows:

24

great plan on the vids. let me know how you like the canuck vid

after you watch it. [NOTE: During their email

conversation, ERICMARTIN sent JASONBLODGER several files

via WeTransfer – a website used to transfer files.]

62.     Hotmail is a free web based e-mail client managed by Microsoft Corporation.

\

## CONCLUSION

63.     Based on the information in this affidavit, I have probable cause to believe that in the e-mail accounts described in Paragraph 4 of this Affidavit are the items described in Paragraph 5, which are evidence of violations of 18 USC Sections 2251(a), 2252(a)(4)(B), 2252A(a)(5)(B), 2252(a)(2) and 2252A(2).

64.     I therefore respectfully request that the attached warrants be issued authorizing the search and seizure of the items listed in Attachments B(1) and B(2).  I limit my request to the time period August 1, 2012, the approximate date on which ARSENAULT claimed he began trading child pornography via email, to August 26, 2013, the current date.

Dated at Bangor, Maine this 26th day of August, 2013.

_____
Anthony Castellanos, Special Agent
Homeland Security Investigations

Sworn and subscribed before me this 26th day of August, 2013.

Margaret J. Kravchuk
United States Magistrate Judge

27